**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLDREDGE, | No. C-10-3695 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| ARNOLD SCHWARZENEGGER, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner presently incarcerated at High Desert State Prison in Susanville, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights.  Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Lassen County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

//

1          Accordingly, in the interest of justice and pursuant to 28

2  U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to

3  the United States District Court for the Eastern District of

4  California.

5          The Clerk shall transfer this matter terminate all pending

6  motions as moot and close the file.

7

8

9          IT IS SO ORDERED.

10

11

12  DATED     09/02/10

    THELTON E. HENDERSON
13                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\TEH\CR.10\Alldredge-10-3695-transfer-caed.wpd

27

28                                   2